UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA KELDE, <br><br> Plaintiff, <br><br> -against- <br><br> LUKAS JAKOBS, ET AL., <br><br> Defendants. | 23-CV-5946 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the August 16, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 16, 2023
         New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge